# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: FREDERICK, WALTER S | § | Case No. 10-76254 |
| FREDERICK, DAWN M | § | |
| FREDERICK, WALTER SCOTT | § | |
| Debtor(s) FREDERICK, DAWN MARIE | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 23, 2010.  The undersigned trustee was appointed on December 23, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as  **Exhibit A.**

4. The trustee realized the gross receipts of          $          97,926.28

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 8,581.31 |
| Administrative expenses | 30,491.77 |
| Bank service fees | 117.25 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 18,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 40,735.95 |

The remaining funds are available for distribution.

5. Attached as  **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.   The deadline for filing  non-governmental claims in this case was 04/28/2011
and the deadline for filing governmental claims was 04/28/2011.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$7,246.31.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $7,246.31, for a total compensation of $7,246.31. [1]In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of   $0.00
and now requests reimbursement for expenses of $0.00, for total expenses of
$0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: 10/04/2011            By:/s/BERNARD J. NATALE
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: | 10-76254 |
| Case Name: | FREDERICK, WALTER S |
| | FREDERICK, DAWN M |
| Period Ending: 10/04/11 | |

| | |
|---|---|
| Trustee: | (330370)    BERNARD J. NATALE |
| Filed (f) or Converted (c): | 12/23/10 (f) |
| §341(a) Meeting Date: | 01/24/11 |
| Claims Bar Date: | 04/28/11 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)**<br>**DA=§554(c)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | Petitioners own real estate residence located, a | 175,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Savings account | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | CD | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household furniture, furnishings and supplies | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Art figurines, pictures, books. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel (each $300.00) | 600.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. jewelry | 900.00 | 0.00 | DA | 0.00 | FA |
| 8 | Life insurance | 600.00 | 0.00 | DA | 0.00 | FA |
| 9 | 401 K | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Walmart Stock | 300.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2003 Chevy Impala (87,000 miles) | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Two dogs | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | One fifth (1/5) interst in deceased grandfather' (u) | 8,000.00 | 5,000.00 | | 7,926.18 | FA |
| 14 | Personal injury claim. (u) | Unknown | 75,000.00 | | 90,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.10 | Unknown |
| **15** | **Assets**    Totals (Excluding unknown values) | **$204,600.00** | **$80,000.00** | | **$97,926.28** | **$0.00** |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):    March 31, 2012        Current Projected Date Of Final Report (TFR):    March 31, 2012

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-76254 |
| Case Name: | FREDERICK, WALTER S |
| | FREDERICK, DAWN M |
| Taxpayer ID #: | **-***5620 |
| Period Ending: | 10/04/11 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******52-65 - Money Market Account |
| Blanket Bond: | $606,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/11/11 | {13} | Estate of Stanley A. MacHugh | Payment of Inheritance beneficiary debtor,<br>Walter S Frederick | 1229-000 | 7,926.18 | | 7,926.18 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 7,926.22 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,901.22 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,901.28 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,876.28 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 7,926.28 | 50.00 | $7,876.28 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 7,926.28 | 50.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,926.28** | **$50.00** | |

{} Asset reference(s)

Exhibit B

# **Form 2**

Page: 2

## **Cash Receipts And Disbursements Record**

| Case Number: | 10-76254 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | FREDERICK, WALTER S | | Bank Name: | The Bank of New York Mellon |
| | FREDERICK, DAWN M | | Account: | 9200-******52-66 - Checking Account |
| Taxpayer ID #: | **-***5620 | | Blanket Bond: | $606,000.00   (per case limit) |
| Period Ending: | 10/04/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans.<br>Date | {Ref #} /<br>Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts<br>$ | Disbursements<br>$ | Checking<br>Account Balance |
| 09/13/11 | {14} | Travelers | Pymt of Personal Injury Settlement | 1242-000 | 90,000.00 | | 90,000.00 |
| 09/16/11 | 101 | Steven Tenzer | Payment of Fees & Expenses for Special<br>Counsel | | | 30,491.77 | 59,508.23 |
| | | | Payment of Special          491.77<br>Counsel Expenses | 3220-610 | | | 59,508.23 |
| | | | Payment of Special        30,000.00<br>Counsel Fees | 3210-600 | | | 59,508.23 |
| 09/16/11 | 102 | Ingenix | Payment of Subrogation lien Re: Dawn<br>Frederick | 4210-000 | | 1,300.00 | 58,208.23 |
| 09/16/11 | 103 | Country Financial | Payment of Medical Lien Re: Frederick, Dawn | 4210-000 | | 7,281.31 | 50,926.92 |
| 09/16/11 | 104 | Dawn M Frederick | Payment of Debtor's Exemption | 8100-002 | | 15,000.00 | 35,926.92 |
| 09/23/11 | 105 | Walter S Frederick | Payment of Debtor's Exemption | 8100-002 | | 3,000.00 | 32,926.92 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 67.25 | 32,859.67 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **90,000.00** | **57,140.33** | **$32,859.67** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **90,000.00** | **57,140.33** | |
| Less: Payments to Debtors | | 18,000.00 | |
| **NET Receipts / Disbursements** | **$90,000.00** | **$39,140.33** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******52-65** | 7,926.28 | 50.00 | 7,876.28 |
| **Checking # 9200-******52-66** | 90,000.00 | 39,140.33 | 32,859.67 |
| | **$97,926.28** | **$39,190.33** | **$40,735.95** |

Printed: 10/04/11 12:23 PM

Page: 1

# Claims Proposed Distribution

## Case:  10-76254    FREDERICK, WALTER S

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $40,735.95 | Total Proposed Payment: | $40,735.95 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | BERNARD J. NATALE, LTD. <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 41.42 | 41.42 | 0.00 | 41.42 | 41.42 | 40,694.53 |
| | BERNARD J. NATALE, LTD. <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 2,076.25 | 2,076.25 | 0.00 | 2,076.25 | 2,076.25 | 38,618.28 |
| | BERNARD J. NATALE <2100-00  Trustee Compensation> | Admin Ch. 7 | 7,246.31 | 7,246.31 | 0.00 | 7,246.31 | 7,246.31 | 31,371.97 |
| 1 | Capital One Bank (USA), N.A. | Unsecured | 2,185.86 | 2,185.86 | 0.00 | 2,185.86 | 2,143.31 | 29,228.66 |
| 2 | Capital One Bank (USA), N.A. | Unsecured | 1,064.64 | 1,064.64 | 0.00 | 1,064.64 | 1,043.92 | 28,184.74 |
| 3 | Chase Bank USA, N.A. | Unsecured | 695.01 | 695.01 | 0.00 | 695.01 | 681.48 | 27,503.26 |
| 4 | US Bank N.A. | Unsecured | 13,439.02 | 13,439.02 | 0.00 | 13,439.02 | 13,177.41 | 14,325.85 |
| 5 | PYOD LLC - Citibank, NA | Unsecured | 3,447.21 | 3,447.21 | 0.00 | 3,447.21 | 3,380.11 | 10,945.74 |
| 6 | PYOD LLC - Citibank, NA | Unsecured | 862.55 | 862.55 | 0.00 | 862.55 | 845.76 | 10,099.98 |
| 7 | PYOD LLC - Citibank, NA | Unsecured | 1,045.34 | 1,045.34 | 0.00 | 1,045.34 | 1,024.99 | 9,074.99 |
| 8 | Capital Recovery IV LLC | Unsecured | 565.44 | 565.44 | 0.00 | 565.44 | 554.43 | 8,520.56 |
| 9 | FIA Card Services,Bank of America | Unsecured | 8,689.72 | 8,689.72 | 0.00 | 8,689.72 | 8,520.56 | 0.00 |
| | **Total for Case 10-76254 :** | | **$41,358.77** | **$41,358.77** | **$0.00** | **$41,358.77** | **$40,735.95** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $9,363.98 | $9,363.98 | $0.00 | $9,363.98 | 100.000000% |
| **Total Unsecured Claims :** | $31,994.79 | $31,994.79 | $0.00 | $31,371.97 | 98.053371% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-76254
Case Name: FREDERICK, WALTER S
Trustee Name: BERNARD J. NATALE

**Balance on hand:** $ 40,735.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|---------------:|------------------------:|-------------------------:|-----------------:|
| MEDLIEN | Country Financial | 7,281.31 | 7,281.31 | 7,281.31 | 0.00 |
| SUBLIEN | Ingenix | 1,300.00 | 1,300.00 | 1,300.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 40,735.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| Trustee, Fees - BERNARD J. NATALE | 7,246.31 | 0.00 | 7,246.31 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,076.25 | 0.00 | 2,076.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 41.42 | 0.00 | 41.42 |

Total to be paid for chapter 7 administration expenses: $ 9,363.98
Remaining balance: $ 31,371.97

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 31,371.97

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 31,371.97

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,994.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 98.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 2,185.86 | 0.00 | 2,143.31 |
| 2 | Capital One Bank (USA), N.A. | 1,064.64 | 0.00 | 1,043.92 |
| 3 | Chase Bank USA, N.A. | 695.01 | 0.00 | 681.48 |
| 4 | US Bank N.A. | 13,439.02 | 0.00 | 13,177.41 |
| 5 | PYOD LLC - Citibank, NA | 3,447.21 | 0.00 | 3,380.11 |
| 6 | PYOD LLC - Citibank, NA | 862.55 | 0.00 | 845.76 |
| 7 | PYOD LLC - Citibank, NA | 1,045.34 | 0.00 | 1,024.99 |
| 8 | Capital Recovery IV LLC | 565.44 | 0.00 | 554.43 |
| 9 | FIA Card Services,Bank of America | 8,689.72 | 0.00 | 8,520.56 |

Total to be paid for timely general unsecured claims: $ 31,371.97

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |