# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: FREDERICK, WALTER S | § Case No. 10-76254 |
| FREDERICK, DAWN M | § |
| FREDERICK, WALTER SCOTT | § |
| Debtor(s) FREDERICK, DAWN MARIE | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    211 South Court Street
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 01:00pm on 11/02/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 10/04/2011    By: /s/BERNARD J. NATALE
                                                                                             Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                             Case No. 10-76254-MB
Walter S Frederick                                                 Chapter 7
Dawn M Frederick
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-3         User: cshabez              Page 1 of 1            Date Rcvd: Oct 14, 2011
                             Form ID: pdf006            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2011.
db/jdb         +Walter S Frederick,    Dawn M Frederick,   1437 C Skyridge Drive,   Crystal Lake, IL 60014-8921
16589330       +Affinity Health Care,    1051 West Rand Rd.,    Arlington Hts., Il 60004-2315
16589332        Bank of America,    PO Box 851001,   Dallas, Tx 75285-1001
16589333       +Bank of America,    c/o Pierce & Associates,    1 North Dearborn,   Chicago, IL 60602-4331
16589331       +Bank of America,    P O Box 650070,   Dallas, Tx 75265-0070
16589334       +Capital One,   P O Box 6492,    Carol Stream, Il 60197-6492
16800582        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
                 Oklahoma City, OK   73124-8839
16589336       +Card Member Services,    PO Box 15153,   Wilmington, De 19886-5153
16812794        Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16589337       +Children Memorial Hospital,    PO Box 4066,   Carol Stream, Il 60197-4066
16589338       +Citi Bank,   PO Box 183018,    Columbus, Oh 43218-3018
16589339       +Citi Group/Zales Credit Plan,    P O Box 653054,    Dallas, Tx 75265-3054
16589341       +Northwestern Medical Faculty,    38693 Eagle Way,    Chicago, Il 60678-1386
16943416       +Northwestern Memorial Hospital,    POB 73690,   Chicago, IL 60673-7690
16589343       +Shell,   PO Box 183018,   Columbus, Oh 43218-3018
16589344        U S Mortgage Center/PHH Mtge.,    P O Box 5452,   Mt. Laurel, NJ 08054-5452
17062624      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:   US Bank N.A.,   P.O. Box 5229,    Cincinnati, OH 45201)
16589345        US Bank,   P O Box 5227,   CN-OH-W15,   Cincinnati, OH 45202-5227
16589346        Zales Credit Plan,    PO Box 689182,   Des Moines, Ia 50368-9182
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17181023        E-mail/PDF: rmscedi@recoverycorp.com Oct 15 2011 03:16:59     Capital Recovery IV LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17183537        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 15 2011 03:14:55
                 FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
                 Oklahoma City, OK   73124-8809
16589340        E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2011 03:16:57     J C Penney,   P O Box 960090,
                 Orlando, Fl 32896-0090
16943415       +E-mail/Text: mmrgbk@miramedrg.com Oct 15 2011 01:44:36     Northwestern Med Fac Foundation,
                 c/o MiraMed Revenue Group,    Dept 77304 POB 7700,   Detroit, MI 48277-0001
17153249       +E-mail/Text: resurgentbknotifications@resurgent.com Oct 15 2011 01:40:06
                 PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                 c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16589335*      +Capital One,   P O Box 6492,    Carol Stream, Il 60197-6492
16589342*      +Northwestern Medical Faculty,    38693 Eagle Way,   Chicago, Il 60678-1386
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2011**      **Signature:** *Joseph Speetjens*