# AMENDED DISTRIBUTION REPORT
## FINAL DISTRIBUTION

**Case Number:** 10-76254
**Debtor Name:** FREDERICK, WALTER S

Page:  1

**Date:** November 2, 2011
**Time:** 02:42:47 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $40,736.01 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 41.42 | 0.00 | 41.42 | 41.42 | 40,694.59 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 2,076.25 | 0.00 | 2,076.25 | 2,076.25 | 38,618.34 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 7,246.31 | 0.00 | 7,246.31 | 7,246.31 | 31,372.03 |
| SCEXP | Steven Tenzer | Admin Ch. 7 | 491.77 | 491.77 | 0.00 | 0.00 | 31,372.03 |
| SCATTY | Steven Tenzer | Admin Ch. 7 | 30,000.00 | 30,000.00 | 0.00 | 0.00 | 31,372.03 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 39,855.75 | 30,491.77 | 9,363.98 | 9,363.98 | |
| EXEMPT | Dawn M Frederick | Secured | 15,000.00 | 15,000.00 | 0.00 | 0.00 | 31,372.03 |
| EXEMPT | Walter S Frederick | Secured | 3,000.00 | 3,000.00 | 0.00 | 0.00 | 31,372.03 |
| MEDLIEN | Country Financial | Secured | 7,281.31 | 7,281.31 | 0.00 | 0.00 | 31,372.03 |
| SUBLIEN | Ingenix | Secured | 1,300.00 | 1,300.00 | 0.00 | 0.00 | 31,372.03 |
| | SUBTOTAL FOR | SECURED | 26,581.31 | 26,581.31 | 0.00 | 0.00 | |
| 1 | Capital One Bank (USA), N.A. | Unsecured | 2,185.86 | 0.00 | 2,185.86 | 2,143.32 | 29,228.71 |
| 2 | Capital One Bank (USA), N.A. | Unsecured | 1,064.64 | 0.00 | 1,064.64 | 1,043.92 | 28,184.79 |
| 3 | Chase Bank USA, N.A. | Unsecured | 695.01 | 0.00 | 695.01 | 681.48 | 27,503.31 |
| 4 | US Bank N.A. | Unsecured | 13,439.02 | 0.00 | 13,439.02 | 13,177.44 | 14,325.87 |
| 5 | PYOD LLC - Citibank, NA | Unsecured | 3,447.21 | 0.00 | 3,447.21 | 3,380.11 | 10,945.76 |
| 6 | PYOD LLC - Citibank, NA | Unsecured | 862.55 | 0.00 | 862.55 | 845.76 | 10,100.00 |
| 7 | PYOD LLC - Citibank, NA | Unsecured | 1,045.34 | 0.00 | 1,045.34 | 1,024.99 | 9,075.01 |
| 8 | Capital Recovery IV LLC | Unsecured | 565.44 | 0.00 | 565.44 | 554.43 | 8,520.58 |
| 9 | FIA Card Services,Bank of America | Unsecured | 8,689.72 | 0.00 | 8,689.72 | 8,520.58 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 31,994.79 | 0.00 | 31,994.79 | 31,372.03 | |
| << Totals >> | | | 98,431.85 | 57,073.08 | 41,358.77 | 40,736.01 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

| | |
|---|---|
| **Administrative-Ch7** | 100.000000% |
| **Secured** | 100.000000% |
| **Unsecured** | 98.053558% |