**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: FREDERICK, WALTER S § Case No. 10-76254
　　　　FREDERICK, DAWN M §
　　　　FREDERICK, WALTER SCOTT §
Debtor(s) FREDERICK, DAWN MARIE §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $196,600.00　　　　　　Assets Exempt: $70,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $39,953.34　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　Without Payment: $3,614.30

Total Expenses of Administration: $39,973.00

---

　　3) Total gross receipts of $ 97,926.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 18,000.00 (see **Exhibit 2**), yielded net receipts of $79,926.34 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $303,100.50 | $8,581.31 | $8,581.31 | $8,581.31 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 39,973.00 | 39,973.00 | 39,973.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 34,828.51 | 31,994.79 | 31,994.79 | 31,372.03 |
| **TOTAL DISBURSEMENTS** | $337,929.01 | $80,549.10 | $80,549.10 | $79,926.34 |

4) This case was originally filed under Chapter 7 on December 23, 2010. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2012          By: /s/BERNARD J. NATALE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| One fifth (1/5) interst in deceased grandfather' | 1229-000 | 7,926.18 |
| Personal injury claim. | 1242-000 | 90,000.00 |
| Interest Income | 1270-000 | 0.16 |
| **TOTAL GROSS RECEIPTS** | | **$97,926.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Dawn M Frederick | Payment of Debtor's Exemption | 8100-002 | 15,000.00 |
| Walter S Frederick | Payment of Debtor's Exemption | 8100-002 | 3,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$18,000.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| MEDLIEN | Country Financial | 4210-000 | N/A | 7,281.31 | 7,281.31 | 7,281.31 |
| SUBLIEN | Ingenix | 4210-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |
| NOTFILED | Bank of America c/o Pierce & Associates | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | U S Mortgage Center/PHH Mtge. | 4110-000 | 46,198.33 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 256,902.17 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$303,100.50** | **$8,581.31** | **$8,581.31** | **$8,581.31** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 41.42 | 41.42 | 41.42 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,076.25 | 2,076.25 | 2,076.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 7,246.31 | 7,246.31 | 7,246.31 |
| Steven Tenzer | 3220-610 | N/A | 491.77 | 491.77 | 491.77 |
| Steven Tenzer | 3210-600 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 67.25 | 67.25 | 67.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 39,973.00 | 39,973.00 | 39,973.00 |

**EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 − PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 2,105.40 | 2,185.86 | 2,185.86 | 2,143.32 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 948.47 | 1,064.64 | 1,064.64 | 1,043.92 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 658.37 | 695.01 | 695.01 | 681.48 |
| 4 | US Bank N.A. | 7100-000 | 13,713.52 | 13,439.02 | 13,439.02 | 13,177.44 |
| 5 | PYOD LLC - Citibank, NA | 7100-000 | 3,616.70 | 3,447.21 | 3,447.21 | 3,380.11 |
| 6 | PYOD LLC - Citibank, NA | 7100-000 | 910.09 | 862.55 | 862.55 | 845.76 |
| 7 | PYOD LLC - Citibank, NA | 7100-000 | 838.54 | 1,045.34 | 1,045.34 | 1,024.99 |
| 8 | Capital Recovery IV LLC | 7100-000 | 544.49 | 565.44 | 565.44 | 554.43 |
| 9 | FIA Card Services, Bank of America | 7100-000 | 8,501.39 | 8,689.72 | 8,689.72 | 8,520.58 |
| NOTFILED | Affinity Health Care | 7100-000 | 375.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Memorial Hospital | 7100-000 | 1,265.32 | N/A | N/A | 0.00 |
| NOTFILED | Children Memorial Hospital | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Medical Faculty | 7100-000 | 793.19 | N/A | N/A | 0.00 |
| NOTFILED | Northwestern Medical Faculty | 7100-000 | 308.03 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 34,828.51 | 31,994.79 | 31,994.79 | 31,372.03 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-76254  
**Case Name:** FREDERICK, WALTER S  
FREDERICK, DAWN M  
**Period Ending:** 01/03/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 12/23/10 (f)  
**§341(a) Meeting Date:** 01/24/11  
**Claims Bar Date:** 04/28/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Petitioners own real estate residence located, a | 175,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Savings account | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | CD | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household furniture, furnishings and supplies | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Art figurines, pictures, books. | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel (each $300.00) | 600.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. jewelry | 900.00 | 0.00 | DA | 0.00 | FA |
| 8 | Life insurance | 600.00 | 0.00 | DA | 0.00 | FA |
| 9 | 401 K | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Walmart Stock | 300.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2003 Chevy Impala (87,000 miles) | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Two dogs | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | One fifth (1/5) interst in deceased grandfather' (u) | 8,000.00 | 5,000.00 | | 7,926.18 | FA |
| 14 | Personal injury claim. (u) | Unknown | 75,000.00 | | 89,318.52 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.16 | Unknown |
| 15 | Assets Totals (Excluding unknown values) | $204,600.00 | $80,000.00 | | $97,244.86 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** March 31, 2012      **Current Projected Date Of Final Report (TFR):** March 31, 2012

Printed: 01/03/2012 11:46 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-76254 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | FREDERICK, WALTER S | | **Bank Name:** | The Bank of New York Mellon |
| | FREDERICK, DAWN M | | **Account:** | 9200-******52-65 - Money Market Account |
| **Taxpayer ID #:** | **-***5620 | | **Blanket Bond:** | $606,000.00   (per case limit) |
| **Period Ending:** | 01/03/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/11/11 | {13} | Estate of Stanley A. MacHugh | Payment of Inheritance beneficiary debtor, Walter S Frederick | 1229-000 | 7,926.18 | | 7,926.18 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 7,926.22 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,901.22 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,901.28 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,876.28 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,876.34 |
| 11/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 7,876.34 |
| 11/02/11 | | To Account #9200******5266 | Transfer for Final Distribution | 9999-000 | | 7,876.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,926.34 | 7,926.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,876.34 | |
| | | | **Subtotal** | | 7,926.34 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,926.34** | **$50.00** | |

{} Asset reference(s)   Printed: 01/03/2012 11:46 AM    V.12.57

Case 10-76254    Doc 44    Filed 01/16/12    Entered 01/16/12 17:13:57    Desc Main
Document      Page 8 of 12

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 10-76254  
**Case Name:** FREDERICK, WALTER S  
FREDERICK, DAWN M  
**Taxpayer ID #:** **-***5620  
**Period Ending:** 01/03/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/13/11 | {14} | Travelers | Pymt of Personal Injury Settlement | 1242-000 | 90,000.00 | | 90,000.00 |
| 09/16/11 | 101 | Steven Tenzer | Payment of Fees & Expenses for Special Counsel | | | 30,491.77 | 59,508.23 |
| | | | Payment of Special Counsel Expenses    491.77 | 3220-610 | | | 59,508.23 |
| | | | Payment of Special Counsel Fees    30,000.00 | 3210-600 | | | 59,508.23 |
| 09/16/11 | 102 | Ingenix | Payment of Subrogation lien Re: Dawn Frederick | 4210-000 | | 1,300.00 | 58,208.23 |
| 09/16/11 | 103 | Country Financial | Payment of Medical Lien Re: Frederick, Dawn | 4210-000 | | 7,281.31 | 50,926.92 |
| 09/16/11 | 104 | Dawn M Frederick | Payment of Debtor's Exemption | 8100-002 | | 15,000.00 | 35,926.92 |
| 09/23/11 | 105 | Walter S Frederick | Payment of Debtor's Exemption | 8100-002 | | 3,000.00 | 32,926.92 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 67.25 | 32,859.67 |
| 11/02/11 | | From Account #9200******5265 | Transfer for Final Distribution | 9999-000 | 7,876.34 | | 40,736.01 |
| 11/03/11 | 106 | BERNARD J. NATALE | Dividend paid 100.00% on $7,246.31, Trustee Compensation; Reference: Money from MMA was not transferred by bank as requested. Checks not printed and will be reissued was transfer has taken Voided on 11/03/11 | 2100-003 | | ! 7,246.31 | 33,489.70 |
| 11/03/11 | 106 | BERNARD J. NATALE | Dividend paid 100.00% on $7,246.31, Trustee Compensation; Reference: Money from MMA was not transferred by bank as requested. Checks not printed and will be reissued was transfer has taken Voided: check issued on 11/03/11 | 2100-003 | | ! -7,246.31 | 40,736.01 |
| 11/03/11 | 107 | Capital One Bank (USA), N.A. | Distribution paid 98.05% on $2,185.86; Claim# 1; Filed: $2,185.86; Reference: 1805/0851 Money from MMA was not transferred by bank as requested. Checks not printed and will be reissued was transfer has taken Voided on 11/03/11 | 7100-003 | | ! 2,143.32 | 38,592.69 |
| 11/03/11 | 107 | Capital One Bank (USA), N.A. | Distribution paid 98.05% on $2,185.86; Claim# 1; Filed: $2,185.86; Reference: 1805/0851 Money from MMA was not transferred by bank as requested. Checks not printed and will be reissued was transfer has taken Voided: check issued on 11/03/11 | 7100-003 | | ! -2,143.32 | 40,736.01 |
| 11/03/11 | 108 | Capital One Bank (USA), N.A. | Distribution paid 98.05% on $1,064.64; Claim# | 7100-003 | | ! 1,043.92 | 39,692.09 |

Subtotals :    $97,876.34    $58,184.25

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 01/03/2012 11:46 AM    V.12.57

# FORM 2
Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-76254 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** FREDERICK, WALTER S | **Bank Name:** The Bank of New York Mellon |
| FREDERICK, DAWN M | **Account:** 9200-******52-66 - Checking Account |
| **Taxpayer ID #:** **-***5620 | **Blanket Bond:** $606,000.00 (per case limit) |
| **Period Ending:** 01/03/12 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 2; Filed: $1,064.64; Reference: 2619/2619 Money from MMA was not transferred by bank as requested. Checks not printed and will be reissued was transfer has taken Voided on 11/03/11 | | | | |
| 11/03/11 | 108 | Capital One Bank (USA), N.A. | Distribution paid 98.05% on $1,064.64; Claim# 2; Filed: $1,064.64; Reference: 2619/2619 Money from MMA was not transferred by bank as requested. Checks not printed and will be reissued was transfer has taken Voided: check issued on 11/03/11 | 7100-003 | | ! -1,043.92 | 40,736.01 |
| 11/03/11 | 109 | Chase Bank USA, N.A. | Distribution paid 98.05% on $695.01; Claim# 3; Filed: $695.01; Reference: 4345 Money from MMA was not transferred by bank as requested. Checks not printed and will be reissued was transfer has taken Voided on 11/03/11 | 7100-003 | | ! 681.48 | 40,054.53 |
| 11/03/11 | 109 | Chase Bank USA, N.A. | Distribution paid 98.05% on $695.01; Claim# 3; Filed: $695.01; Reference: 4345 Money from MMA was not transferred by bank as requested. Checks not printed and will be reissued was transfer has taken Voided: check issued on 11/03/11 | 7100-003 | | ! -681.48 | 40,736.01 |
| 11/03/11 | 110 | US Bank N.A. | Distribution paid 98.05% on $13,439.02; Claim# 4; Filed: $13,439.02; Reference: 2037 Money from MMA was not transferred by bank as requested. Checks not printed and will be reissued was transfer has taken Voided on 11/03/11 | 7100-003 | | ! 13,177.44 | 27,558.57 |
| 11/03/11 | 110 | US Bank N.A. | Distribution paid 98.05% on $13,439.02; Claim# 4; Filed: $13,439.02; Reference: 2037 Money from MMA was not transferred by bank as requested. Checks not printed and will be reissued was transfer has taken Voided: check issued on 11/03/11 | 7100-003 | | ! -13,177.44 | 40,736.01 |
| 11/03/11 | 111 | Capital Recovery IV LLC | Distribution paid 98.05% on $565.44; Claim# 8; Filed: $565.44; Reference: 8687 Money from MMA was not transferred by bank as requested. Checks not printed and will be reissued was transfer has taken | 7100-003 | | ! 554.43 | 40,181.58 |

Subtotals :   $0.00   $-489.49

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 01/03/2012 11:46 AM   V.12.57

Exhibit 9

## FORM 2

### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-76254
**Case Name:** FREDERICK, WALTER S
FREDERICK, DAWN M
**Taxpayer ID #:** **-***5620
**Period Ending:** 01/03/12

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******52-66 - Checking Account
**Blanket Bond:** $606,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 11/03/11 | | | | |
| 11/03/11 | 111 | Capital Recovery IV LLC | Distribution paid  98.05% on $565.44; Claim# 8; Filed: $565.44; Reference: 8687  Money from MMA was not transferred by bank as requested.  Checks not printed and will be reissued was transfer has taken Voided: check issued on 11/03/11 | 7100-003 | | ! -554.43 | 40,736.01 |
| 11/03/11 | 112 | FIA Card Services,Bank of America | Distribution paid  98.05% on $8,689.72; Claim# 9; Filed: $8,689.72; Reference: 2011  Money from MMA was not transferred by bank as requested.  Checks not printed and will be reissued was transfer has taken Voided on 11/03/11 | 7100-003 | | ! 8,520.58 | 32,215.43 |
| 11/03/11 | 112 | FIA Card Services,Bank of America | Distribution paid  98.05% on $8,689.72; Claim# 9; Filed: $8,689.72; Reference: 2011  Money from MMA was not transferred by bank as requested.  Checks not printed and will be reissued was transfer has taken Voided: check issued on 11/03/11 | 7100-003 | | ! -8,520.58 | 40,736.01 |
| 11/03/11 | 113 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP  Money from MMA was not transferred by bank as requested.  Checks not printed and will be reissued was transfer has taken Voided on 11/03/11 | 3110-003 | | ! 2,117.67 | 38,618.34 |
| 11/03/11 | 113 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP  Money from MMA was not transferred by bank as requested.  Checks not printed and will be reissued was transfer has taken Voided: check issued on 11/03/11 | 3110-003 | | ! -2,117.67 | 40,736.01 |
| 11/03/11 | 114 | PYOD LLC - Citibank, NA | Combined Check for Claims#5,6,7  Money from MMA was not transferred by bank as requested.  Checks not printed and will be reissued was transfer has taken Voided on 11/03/11 | 7100-003 | | ! 5,250.86 | 35,485.15 |
| 11/03/11 | 114 | PYOD LLC - Citibank, NA | Combined Check for Claims#5,6,7  Money from MMA was not transferred by bank as requested.  Checks not printed and will be reissued was transfer has taken Voided: check issued on 11/03/11 | 7100-003 | | ! -5,250.86 | 40,736.01 |
| 11/03/11 | 115 | BERNARD J. NATALE | Dividend paid 100.00% on $7,246.31, Trustee | 2100-000 | | 7,246.31 | 33,489.70 |

Subtotals : $0.00    $6,691.88

{} Asset reference(s)        !-Not printed or not transmitted            Printed: 01/03/2012 11:46 AM    V.12.57

Exhibit 9

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| **Case Number:** | 10-76254 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | FREDERICK, WALTER S | | **Bank Name:** | The Bank of New York Mellon |
| | FREDERICK, DAWN M | | **Account:** | 9200-******52-66 - Checking Account |
| **Taxpayer ID #:** | **-***5620 | | **Blanket Bond:** | $606,000.00 (per case limit) |
| **Period Ending:** | 01/03/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Compensation; Reference: Re-issued | | | | |
| 11/03/11 | 122 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP Re-issued | | | 2,117.67 | 31,372.03 |
| | | | Dividend paid 100.00%   2,076.25 on $2,076.25; Claim# ATTY; Filed: $2,076.25 Re-issued | 3110-000 | | | 31,372.03 |
| | | | Dividend paid 100.00%   41.42 on $41.42; Claim# EXP; Filed: $41.42 Re-issued | 3120-000 | | | 31,372.03 |
| 11/04/11 | 116 | Capital One Bank (USA), N.A. | Distribution paid 98.05% on $2,185.86; Claim# 1; Filed: $2,185.86; Reference: 1805/0851 Re-issued | 7100-000 | | 2,143.32 | 29,228.71 |
| 11/04/11 | 117 | Capital One Bank (USA), N.A. | Distribution paid 98.05% on $1,064.64; Claim# 2; Filed: $1,064.64; Reference: 2619/2619 Re-issued | 7100-000 | | 1,043.92 | 28,184.79 |
| 11/04/11 | 118 {14} | Chase Bank USA, N.A. | Distribution paid 98.05% on $695.01; Claim# 3; Filed: $695.01; Reference: 4345 Re-issued | 7100-000 | | 681.48 | 27,503.31 |
| 11/04/11 | 119 | US Bank N.A. | Distribution paid 98.05% on $13,439.02; Claim# 4; Filed: $13,439.02; Reference: 2037 Re-issued | 7100-000 | | 13,177.44 | 14,325.87 |
| 11/04/11 | 120 | Capital Recovery IV LLC | Distribution paid 98.05% on $565.44; Claim# 8; Filed: $565.44; Reference: 8687 Re-issued | 7100-000 | | 554.43 | 13,771.44 |
| 11/04/11 | 121 | FIA Card Services,Bank of America | Distribution paid 98.05% on $8,689.72; Claim# 9; Filed: $8,689.72; Reference: 2011 Re-issued | 7100-000 | | 8,520.58 | 5,250.86 |
| 11/04/11 | 123 | PYOD LLC - Citibank, NA | Combined Check for Claims#5,6,7 Re-issued | | | 5,250.86 | 0.00 |
| | | | Dividend paid 98.05%   3,380.11 on $3,447.21; Claim# 5; Filed: $3,447.21; Reference: 2513 Re-issued | 7100-000 | | | 0.00 |
| | | | Dividend paid 98.05%   845.76 on $862.55; Claim# 6; Filed: $862.55; Reference: 1229 Re-issued | 7100-000 | | | 0.00 |
| | | | Dividend paid 98.05%   1,024.99 on $1,045.34; Claim# 7; Filed: $1,045.34; | 7100-000 | | | 0.00 |

Subtotals :                    $0.00        $33,489.70

{} Asset reference(s)                                                                                        Printed: 01/03/2012 11:46 AM     V.12.57

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 10-76254  
**Case Name:** FREDERICK, WALTER S  
FREDERICK, DAWN M  
**Taxpayer ID #:** **-***5620  
**Period Ending:** 01/03/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-66 - Checking Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: 8715<br>Re-issued | | | | |
| | | | **ACCOUNT TOTALS** | | 97,876.34 | 97,876.34 | $0.00 |
| | | | Less: Bank Transfers | | 7,876.34 | 0.00 | |
| | | | **Subtotal** | | 90,000.00 | 97,876.34 | |
| | | | Less: Payments to Debtors | | | 18,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$90,000.00** | **$79,876.34** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******52-65** | 7,926.34 | 50.00 | 0.00 |
| **Checking # 9200-******52-66** | 90,000.00 | 79,876.34 | 0.00 |
| | $97,926.34 | $79,926.34 | $0.00 |

{} Asset reference(s)

Printed: 01/03/2012 11:46 AM    V.12.57